# UNITED STATES DISTRICT COURT

for

District Of New Jersey

| U.S.A. vs. | Martinez, Hector A. | Docket No. | Cr#- 05-700-03 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW, Angel L. Matos, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Hector A. Martinez who was released from custody and placed under pretrial release supervision by **US Magistrate Judge Ronald J. Hedges** on June 30, 2005 on the following bail and conditions:

BAIL: $100,000 Unsecured Appearance Bond to be secured by 10% cash and the following additional conditions:

1. Travel restricted to Union County unless for court and attorney visits and approved by Pretrial Services Agency.
2. Surrender passport/do not apply for another.
3. The defendant must reside at 507 Jackson Street, Elizabeth, New Jersey.

On October 12, 2005, the defendant appeared before **US District Judge Dennis M. Cavanaugh** for an Arraignment and a trial is pending in this matter. A CONTINUANCE ORDER is in place that expired on January 17, 2006.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
On January 17, 2006, Pretrial Services attempted to contact the defendant as he had not reported as directed. We spoke to Javier Mera, with whom the defendant was living, and he informed that the defendant went to Honduras in December, 2005. Pretrial Services also spoke to the defendant's brother who indicated that he did not know the whereabouts of his brother. Our last contact with the defendant was by telephone on December 6, 2005. Calls to the defendant's employment indicated that the phone was disconnected. Pretrial Services also spoke to Defense Counsel Paul DaSilva who indicated that he last spoke to his client in mid-December, 2005.

In light of the defendant's absconding, Pretrial Services would recommend that an arrest warrant be issued.

PRAYING THAT THE COURT WILL ORDER a warrant issued for the defendant's arrest.

ORDER OF COURT

Considered and ordered 20 day of JAN, 2006 and ordered filed and made a part of the records in the above case.

_____
Dennis M. Cavanaugh
US District Court Judge

"I declare under penalty that the foregoing is true and correct"

_____
Angel L. Matos
U.S. Pretrial Services Officer

Place: Newark, NJ

Date: 1/20/2006